Jenny L. Doling, Esq. (#207033)
**J. DOLING LAW, PC**
36-915 Cook Street, Suite 101
Palm Desert, CA 92211
(760)884-4444 – Phone
(760)341-3022 – Fax
jd@JDL.law

Attorney for Debtor,
Claire Marie Conniry

**FILED & ENTERED**

JAN 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>**CLAIRE MARIE CONNIRY**<br>Debtor. | Case No.:   6:23-bk-12360-RB<br>Chapter:    7<br>Adv. No:    6:24-ap-01056-RB |
| **LARRY D. SIMONS,<br>CHAPTER 7 TRUSTEE**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONWIDE LIFE INSURANCE COMPANY, AND<br>CLAIRE MARIE CONNIRY**<br><br>Defendants. | **ORDER APPROVING STIPULATION BETWEEN PARTIES TO EXTEND DATE FOR DEFENDANTS TO ANSWER COMPLAINT** [Docket No. 25]<br><br>**Status Conference Set For:**<br>Date:   March 25, 2025<br>Time:   02:00 p.m.<br>Ctrm:   303<br>Place:  3420 Twelfth Street<br>        Riverside, CA 92501 |

The Court has reviewed the Stipulation Between Parties to Extend Date for Defendants to Answer Complaint filed on January 9, 2025, as docket number 25, entered into between Claire Marie Conniry ("Defendant" or "Conniry"), Nationwide Life Insurance Company ("Defendant" or "Nationwide"), and Larry D. Simons ("Plaintiff"), through their respective counsel, and finding good cause appearing.



**STIPULATION BETWEEN PARTIES TO EXTEND DATE FOR DEFENDANTS TO ANSWER COMPLAINT**
-1-

4861-0537-2884, v. 1

**IT IS ORDERED that:**

1. The Defendants must respond to the Complaint by February 3, 2025, and

2. The Status Conference currently set for February 4, 2025 at 2:00 p.m. shall be continued to March 25, 2025 at 2:00 p.m.

###

Date: January 10, 2025

_Magdalena Reyes Bordeaux_
Magdalena Reyes Bordeaux
United States Bankruptcy Judge



STIPULATION BETWEEN PARTIES TO EXTEND DATE FOR DEFENDANTS TO ANSWER COMPLAINT

-2-

4861-0537-2884, v. 1