Jenny L. Doling, Esq. (#207033)
**J. DOLING LAW, PC**
36-915 Cook Street, Suite 101
Palm Desert, CA  92211
(760)884-4444 – Phone
(760)341-3022 – Fax
jd@JDL.law

Attorney for Defendant,
Claire Marie Conniry

**FILED & ENTERED**

MAY 05 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>**CLAIRE MARIE CONNIRY**<br>                                    Debtor.<br>**LARRY D. SIMONS,**<br>**CHAPTER 7 TRUSTEE**<br>                                    Plaintiff,<br>v.<br>**NATIONWIDE LIFE INSURANCE COMPANY, AND**<br>**CLAIRE MARIE CONNIRY**<br>                                    Defendants. | Case No.:    6:23-bk-12360-RB<br>Chapter:    7<br>Adv. No.:    6:24-ap-01056-RB<br><br>**ORDER APPROVING STIPULATION BETWEEN PARTIES TO CONTINUE THE STATUS CONFERENCE**<br><br>**Status Conference Set For:**<br>Date:    July 15, 2025<br>Time:    02:00 p.m.<br>Ctrm:    303<br>Place:    3420 Twelfth Street<br>             Riverside, CA 92501 |

The Court has reviewed the Stipulation Between Parties to Continue the Status Conference, entered into between Claire Marie Conniry ("Defendant" or "Conniry"), Nationwide Life Insurance Company ("Defendant" or "Nationwide"), and Larry D. Simons ("Plaintiff"), through their respective counsel, and finding good cause appearing.



**STIPULATION BETWEEN PARTIES TO CONTINUE THE STATUS CONFERENCE**
-1-

4861-0537-2884, v. 1

IT IS ORDERED that:

1. The Status Conference currently set for May 6, 2025, at 2:00 p.m. shall be continued to July 15, 2025, at 2:00 p.m.; and

2. The hearing on the Motion to Compel Abandonment currently set for May 6, 2025, at 2:00 p.m. shall be continued to July 15, 2025, at 2:00 p.m.

###

Date: May 5, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge



**STIPULATION BETWEEN PARTIES TO CONTINUE THE STATUS CONFERENCE**

-2-

4861-0537-2884, v. 1